# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

JOHN FLETCHER,            )
                                      )
                Petitioner,     )
v.                              )     No. 1:10-cv-371-WTL-WGH
                                      )
DONALD STINE,          )
                                      )
                Respondent.    )

## Entry Discussing Petition for Writ of Habeas Corpus

In a prison disciplinary proceeding identified as No. NCF 10-01-0142, John Fletcher was found guilty of violating prison rules and was sanctioned. That determination has since been vacated and a new hearing will be conducted. This renders the habeas action moot, and an action which is moot must be dismissed for lack of jurisdiction. *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998); *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997).

The respondent's motion to dismiss (dkt 13) is **granted.** Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date:   06/18/2010

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana